Robert Henry KIDD, Jr., Appellant,

v.

The STATE of Texas, Appellee.

No. 29142.

Court of Criminal Appeals of Texas.

March 5, 1958.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

DAVIDSON, Judge.

The opinion delivered in this case on the 23rd day of October, 1957, dismissing the appeal for the want of a sentence, is hereby withdrawn and the appeal reinstated.

This is a conviction for driving a motor vehicle while under the influence of intoxicating liquor, with punishment assessed at a fine of $100 and sixty days' confinement in jail.

The record is before us without a statement of facts or bills of exception, with- out which—all proceedings appearing to be regular—nothing is presented for review.

The judgment of the trial court is affirmed.